FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y.

★ JUN 16 2015 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MALIBU MEDIA, LLC,

                          Plaintiff,

                vs.

JOHN DOE subscriber assigned IP address
96.56.9.115,

                        Defendant.

-------------------------------------------------------------X

Civil Action No. **CV 15-3503**

**COMPLAINT – ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT**

AZRACK, J.

SHIELDS, M.J.

      Plaintiff, Malibu Media, LLC, sues Defendant John Doe subscriber assigned IP address 96.56.9.115, and alleges:

### Introduction

    1.    This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

    2.    Defendant is a persistent online infringer of Plaintiff's copyrights. Indeed, Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the copyrighted movies set forth on Exhibit B.

    3.    Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the "Copyrights-in-Suit").

### Jurisdiction And Venue

    4.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5.      Plaintiff used proven IP address geolocation technology which has consistently worked in similar cases to ensure that the Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because (i) Defendant committed the tortious conduct alleged in this Complaint in this State, and (ii) Defendant resides in this State and/or (iii) Defendant has engaged in substantial and not isolated business activity in this State.

6.      Based upon experience filing over 1,000 cases the geolocation technology used by Plaintiff has proven to be accurate to the District level in over 99% of the cases.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant or Defendant's agent resides or may be found in this District.

**Parties**

8.      Plaintiff, Malibu Media, LLC, (d/b/a "X-Art.com") is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

9.      Plaintiff only knows Defendant by his, her or its IP Address.  Defendant's IP address is set forth on Exhibit A.

10.     Defendant's Internet Service Provider can identify the Defendant.

**Factual Background**

*I.     Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights*

11.     The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing systems used for distributing large amounts of data, including, but not limited to, digital movie files.

12.     BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual source computer and/or network. The methodology of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

13.     In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits.  Users then exchange these small bits among each other instead of attempting to distribute a much larger digital file.

14.     After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

15.     Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

16.     The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint. Every digital file has one single possible cryptographic hash value correlating to it.  The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

17.     The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). Once infringers complete downloading all bits which comprise a digital media file, the

3

BitTorrent software uses the file hash to determine that the file is complete and accurate.

18.      Plaintiff's investigator, IPP International UG, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

19.      IPP International UG downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

20.      Defendant downloaded, copied, and distributed a complete copy of Plaintiff's movies without authorization as enumerated on Exhibit A.

21.      Each of the cryptographic file hashes as set forth on Exhibit A correlates to a copyrighted movie owned by Plaintiff as identified on Exhibit B.

22.      IPP International UG downloaded from Defendant one or more bits of each file hash listed on Exhibit A. IPP International UG further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A. IPP International UG then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A. At no time did IPP International UG upload Plaintiff's copyrighted content to any other BitTorrent user.

23.      IPP International UG connected, over a course of time, with Defendant's IP address for each hash value as listed on Exhibit A. The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash value listed on Exhibit A is included within the column labeled Hit Date UTC. UTC refers to Universal Time which is utilized for air traffic control as well as for computer forensic purposes.

24.      An overview of the Copyrights-in-Suit, including each hit date, date of first

4

publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

25.     Plaintiff's evidence establishes that Defendant is a habitual and persistent BitTorrent user and copyright infringer.

### Miscellaneous

26.     All conditions precedent to bringing this action have occurred or been waived.

27.     Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Defendant

28.     The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29.     Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30.     By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31.     Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

32.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)     Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)     Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)      Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the

works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)      Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33.      Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)      Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)      Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)      Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D)      Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. § 504 (a) and (c);

(E)      Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)      Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By:    /s/ Jacqueline M. James
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net

*Attorneys for Plaintiff*

**File Hashes for IP Address 96.56.9.115**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Deer Park, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/20/2015 16:17:32 | 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 |
| 03/25/2015 20:18:43 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 01/07/2015 19:16:15 | 2B3F8791AF2DD858A42CCD8009B42E0D9B3A066D | Introducing Maya |
| 12/29/2014 20:08:56 | 5F9AB1EB251770A2951DCFAF83DB394DB766AFB6 | East Meets West |
| 12/29/2014 20:06:49 | C64DEA736450FEA13E4D1EF511AFA4FB72751F7F | Pure Aubrey |
| 12/29/2014 20:00:55 | 1887FB6329626BA5D4E65F4E46763F036A1FAF62 | Under My Blanket |
| 12/29/2014 19:53:03 | CDE85167C6031A0E6C62EB0B674787EE6BD9933D | Never Better |
| 12/29/2014 19:51:34 | 81A748B2F18C7B086DDF9356921F30955A0D78E2 | Strawberry Morning |
| 12/08/2014 16:51:56 | 05C43A070FA4C111DC35DD2813495BCDAEF38B75 | Forever You Part #2 |
| 12/08/2014 16:45:16 | 3D990A8BAC8FB5B10FCC9CDA739DC9FDB486876C | Too Hot To Handle |
| 12/08/2014 16:44:38 | D54A287D57980AB53CBDAAEBD54863F68E264ADA | Forever You Part #1 |
| 12/08/2014 16:33:58 | E831A89E2D4F31484BA5A262CF963D9A7F414765 | Light My Fire |
| 12/08/2014 16:18:36 | 4EF002FE7CF11A23116C9185DC9B96D1CB1528F6 | I Want You To Want Me |
| 12/08/2014 16:17:21 | 4B021FAFCAB6E6AB3C5F0B085191537B7E5D8E54 | Still Mine |
| 11/25/2014 18:52:37 | D2CD93D4D495BC086BCE93073D261E956A2434AB | Tight and Wet |
| 11/17/2014 18:14:32 | 6A41AC32DF3FC6045B0C84A19DC4853A0177B381 | Spellbound |
| 11/17/2014 17:38:39 | FA80D5A214B5A512D30439F97B44E82FD1B2C9E8 | Deep Down In Me |
| 11/12/2014 23:13:34 | 465226AEB68D1C06A267460BF10EB922474B246B | Luminated Emotions |
| 11/12/2014 23:13:22 | A8370645ABB66B9F7554A4B38CC4A80E800768F0 | Summertime |
| 11/12/2014 23:12:34 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 11/03/2014 16:57:18 | 42F6E9D692828F3390DC2185CDBEEC69C714EF87 | Submissive Seduction |
| 11/03/2014 16:49:57 | CA0188AB037D7DA8695B4DC7BF956BA688EB6638 | Sunset Memories |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/03/2014 16:36:58 | 5B3E735FEC92E9FF2521A365DEBB8F20CB1920DD | One Show For Each |
| 10/20/2014 14:01:31 | 85957A8702E1D45316CC325868D40DDA1326F63F | A Cloudy Hot Day |
| 10/20/2014 13:49:31 | DEAF7DE6746EF2174FB03709EDD7930638380FA7 | Dripping Desires |
| 10/15/2014 18:36:26 | F1B3A55E0253034B5FAAF08EB6BAFD643EBB4A9B | Double Oh Heaven |
| 10/13/2014 16:16:05 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 10/06/2014 15:13:53 | CC8005DBAB8E926AFFFF692FA34971BD95CE5495 | Kacey Jordan Does Xart |
| 10/01/2014 18:24:40 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 09/29/2014 18:47:49 | 9D3A9E752717EFAA4505982B80E747265E974FDB | Nice And Slow |
| 09/29/2014 18:42:26 | 6302B18246EBDCDD7F7CBE8611A7C98039EDEEBC | Cat Fight |
| 09/24/2014 02:29:56 | 62A046C5CD15D4800877BB24409DE3131A68A6A6 | Hot Bath For Two |
| 09/24/2014 02:20:28 | BAFDF84B006186B9F2BD817653E97230B8C74D0C | Fun For Three |
| 09/17/2014 19:08:29 | E7457A133CFF1ABB455A70565294CB66D916FF91 | Four Ways |
| 09/17/2014 18:35:58 | 172D1AD3C4C5DCDAFD758CD362BEBB1478F7A628 | Sexy and Wild |
| 09/17/2014 18:17:14 | 983B4821E55EA687DC6F1C15AD435B53DC527335 | Bedtime Hijinks |
| 09/17/2014 18:11:56 | 44D5929CCC7172C01BB1B4C8116407EED33BF9A6 | Lisas Hidden Cam |
| 09/10/2014 17:29:43 | 9BB34F8EB0C9A2CD938995D5C15BB6A7C147CC40 | Shes Not Alone |
| 09/10/2014 17:24:38 | CDBB0F9920593DECE1A3D43F0E8E6CF2126292B4 | Our Little Cum Cottage |
| 09/03/2014 21:25:58 | 2ED6829D9DA9261D8C9C4B60110134776A403C1D | Shes A Spinner |
| 09/03/2014 21:14:01 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 08/28/2014 22:48:36 | 6E0BEC2D5843622B516F57F61E5BE08EEE0FEB2F | Taste Me |
| 08/28/2014 22:46:38 | 2731D60D1DC4FA8F42FBB05CC1A474B2C3B39B7B | Paint Me White |
| 08/28/2014 22:34:58 | E0D872724871BDE0097CD1B470E3C6481E8BD513 | Elevated Erotica |
| 08/28/2014 22:32:13 | 76BB9C51E35840423E71DC19722D1A7DC12C531E | In the blind |
| 08/28/2014 22:31:49 | 82FAC802D1BAC7FFD6DF04D2BF87B0C47978A616 | Angelica means Angel |
| 08/28/2014 22:21:33 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |

EXHIBIT A

ENY65

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/14/2014 13:49:52 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |
| 08/14/2014 13:42:27 | 5331578B2992A448ABD6A283DDEF6639C654F7CB | Precious Metal |
| 08/14/2014 13:06:05 | 4AF5B7A945F14CCEAF6B0BBD3DE1676163E2A041 | Thunderstorm Love |
| 08/14/2014 12:15:59 | 57C243EB3626FA2873B5642D62DE67C95650AFC1 | I Want to Tell You |
| 08/14/2014 11:01:01 | 10F7CDF3931A26C5713D470D8851AE0D77E7D2D8 | Listen To Me Cum |
| 08/14/2014 10:59:48 | 786361EC7D53CD0E6A50BD9F0F5A54DDB60A38D8 | Summertime Lunch |
| 08/14/2014 08:03:13 | 43D11E11172EA4301068F22EF285B67D83103574 | Any And All For You |
| 08/14/2014 07:32:15 | F2A404014B130A149740F511D8DBE6F8A66237DC | Highrise Rendezvous |
| 08/14/2014 06:36:34 | 0CA78A4D74AA38D0FD4DE9B9F92B0B41733FFA01 | Catching Up |
| 08/14/2014 06:18:41 | E09D511799E0D035BC6ED1F500A383F7408B18C7 | Risky Business |
| 08/13/2014 12:00:49 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 08/13/2014 11:42:47 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 07/23/2014 17:40:55 | C0B193093F20C427BC9A3FDE6136381BE1A87B9E | Rock Me Baby |
| 07/23/2014 17:32:51 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 07/23/2014 17:19:29 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 07/23/2014 17:06:49 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 06/26/2014 00:22:30 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 06/26/2014 00:21:28 | 57AFEDEB4B1A4EDF991BA86936835610A708F80F | Coming Late |
| 06/25/2014 23:51:49 | B6B8472AB40427253CC0225993FD17B8B0905ED8 | They Seem so Sweet |
| 06/25/2014 23:39:10 | B9D4CE50042DC4337CE6E769C4D4FE63157C7BD6 | Enjoy My Backdoor |
| 06/25/2014 23:05:36 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 06/25/2014 23:04:12 | 14D6169A02F26B556F199318D5D88176549E6A3C | Go Down On Me |
| 06/25/2014 22:32:35 | C61E4888A8A79D53FE488913625D7F23787DB0BE | Just Jennifer |
| 06/25/2014 22:30:42 | 91D22A6F66495928D68FE6EFE63FC676FD6AC763 | Hot Orgasm |
| 06/25/2014 22:29:00 | D05CB186C19360FC84FA212562B360C7FD9BF4F6 | Sex With Glasses |

EXHIBIT A

ENY65

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/02/2014 17:00:50 | A5850C3A6470BB08C05CF823750ECF3A817686EA | Two By Two |
| 06/02/2014 16:59:15 | E2FB0812F2C1BDC78DB48CA92059EFEC12D8043D | Epic Love |
| 06/02/2014 16:53:15 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 06/02/2014 16:45:36 | 1BED6A751D4E44BFFB2798BB16C9C602A913B1F2 | Just Watch Part 2 |
| 06/02/2014 16:45:14 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 05/24/2014 17:11:18 | FDA0F2DDA64E2F05B381523823EDE832EE74246F | Three Way is the Best Way |
| 05/22/2014 16:09:20 | 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four |
| 05/22/2014 15:35:42 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/10/2014 18:30:18 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 05/10/2014 18:19:30 | 5AD7B95FFA75C4606F63B6E16A793974AC0B7567 | Knock On My Door |
| 05/10/2014 18:16:59 | E4B1CB6C5E0703DF4B6866A261F22ABDDFD9F3C3 | In My Living Room |
| 04/25/2014 05:41:08 | 90808CE3282B56F54F47AC8BFB80705B0E00337E | Double Tease |
| 04/25/2014 04:39:14 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 04/25/2014 04:04:53 | 40D6652804A7559C52E05B055EAABE34C418AC5A | Not Alone |
| 04/06/2014 01:05:46 | 23E25904FFA921E91DD38E0D0EF7B1EB1A77F7E1 | Lonesome Without You |
| 04/06/2014 00:57:16 | 00846B89410F5161CBAC57E4158B3D75E0115C84 | Floating Emotions |
| 04/06/2014 00:31:59 | E71F4094C8D4451E5852BA8B637FFE2A9467556D | My Days in Rome |
| 03/27/2014 15:23:52 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 03/27/2014 15:23:32 | 9EAFBC0A07CD85F998D30C6831EE4BD769F2A4DD | Sweet Surrender |
| 03/27/2014 15:02:32 | 18A573AF59D061A22D498B0157236803201A07C4 | Deep Blue Passion |
| 03/27/2014 15:02:13 | E4B9563A541CC4D79B87E998F47874B0352ED631 | Insanely Gorgeous |
| 03/27/2014 14:57:29 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 02/11/2014 16:05:51 | 50930D439A05CE372CB069D7FBD367826D374E6C | They Only Look Innocent |
| 02/11/2014 12:38:46 | 15036C97E11F054B35EC4B131F7749469238B4B3 | Season of Love |
| 02/11/2014 11:57:44 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/11/2014 08:55:11 | F65D753A4E70B1B0F29CBC39AE7E9456853FF65E | Pretty Little Belle |
| 02/11/2014 05:45:00 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 02/11/2014 04:12:15 | 85824F61826256A4B313709DE2F1F5990AEDDCB2 | So Young |
| 02/10/2014 22:09:57 | 29B7F74C41FE5D866E33F2F164810C7274B50307 | A Hot Number |
| 02/10/2014 20:57:56 | 18DC1288637E25D7B7C9976734A7CA9C79C6C7C9 | Get Wild at Home |
| 01/17/2014 22:38:39 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 01/17/2014 21:40:37 | 5769FE580D4CEC10B89182F0030646A9BA3C1CAA | No Turning Back Part #1 |
| 01/17/2014 19:46:47 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 01/17/2014 19:26:27 | FADCB627414AC933AB5B3138E53EC1DDA914C9AA | Lying Around |
| 01/17/2014 19:24:05 | 1C0AC43498CE3D3F6C87ADF451AB6C85F4D303F7 | A Christmas Story |
| 01/17/2014 17:10:59 | FA49B213E99A2183027DE63F70EBDA6F15EF5697 | A Gift from Colette |
| 01/17/2014 15:54:55 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |
| 01/17/2014 15:46:23 | 57C96F715FF873727F249D5D9124A9883FEC287D | The Way I Feel |
| 01/17/2014 14:50:42 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/17/2014 14:35:37 | EDEF9BDAC230C7D236B811112B61E3246ED98632 | Good Night Kiss |
| 01/17/2014 14:31:56 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 01/17/2014 14:07:46 | 8F39A0423379B6DC15FC78A0AE28115BDE659E93 | Love at First Sight |
| 01/17/2014 13:27:47 | 5164978A92B85A0E02BB83908988321A30590905 | And Then There Was You |
| 01/17/2014 11:02:30 | 6D3D7495DAC20722446E4104B3CE9EC43CAE3C51 | Mile High Club |
| 01/17/2014 05:46:56 | 45348EF0E9103BCCB0BE7DF6DE1288A55FE8FE2D | In for the Night |
| 01/17/2014 02:43:33 | 9B499B104B7038B67FDE2EA459783D3DAB5DE200 | Apertif Our Style |
| 01/17/2014 01:48:18 | C1CD39E7B1126E6B78509E0CD1026E1D5388C44C | Getting Ready For You |
| 11/26/2013 20:36:39 | CDDEE4024AA2882BF61FC875A18895BF8475F62F | Tease and Please |
| 11/21/2013 22:02:24 | 2839C26D1ED71C71BF7F5332EC0F4E2FD3761A87 | High School Dropouts |
| 11/21/2013 21:29:48 | E49530D825879725F7D2AC9D28B6E872F3B819A7 | No Hurry |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/21/2013 21:08:25 | CC02342113270FB7060BDE947BE60A39B7DB61F7 | Blindfold Me Part #2 |
| 11/21/2013 21:00:28 | 804214E40F3E19E6BB1BF041223C05E2B5DBF7DC | Baby Blues |
| 11/21/2013 20:57:28 | 1D6D0310DCAC9BFE62CEE13C6C79492F81E30AFF | Blindfold Me and Tie Me Up |
| 10/31/2013 15:21:23 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 10/31/2013 15:11:45 | 64ADCF0150EAD63FC61B661ADEDEDF06E5752A1C | Bohemian Rhapsody |
| 10/31/2013 14:56:56 | D472A213E03DC20772F1DE6AC982F1CDB4416344 | Body Language |
| 10/22/2013 15:57:45 | 72D6ABD88F08C0C704344798BF2AD4D6E12D979B | Much Needed Vacation |
| 10/21/2013 16:28:27 | 904C69072414BFC3C9D1CF83F9573CDEF9A4C7E4 | Grow Up With Me |
| 10/21/2013 16:18:40 | 5710510F0545E569D1944B6791A908B2F72EDC6C | They Meet Again |
| 10/15/2013 14:18:28 | 5289898BEC564BF698619799779E21C7EBC2BDA1 | Cassie My Love |
| 10/10/2013 20:00:32 | 18784DF5EEAF9473E6D8236BA8E7EF036BE88FE0 | The Best Blondes |
| 10/10/2013 19:20:10 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 10/10/2013 17:45:44 | A864021C51F93C83D98B9B079AB1EC2BE3C8881D | In Charge |
| 10/09/2013 17:37:03 | 22EC80C0115830E7FC0EF10CD79ADCDEFA03283B | Hot Brunettes |
| 09/30/2013 20:11:38 | 5028025E8FAC072D768663F9C6CEE547212D554C | Date Night at Home |
| 09/25/2013 21:38:10 | 82EC5EAAD8DA4BEBC8412F645659AFB07BB93150 | Love with a View |
| 09/24/2013 16:11:18 | 227497A325CF7F0301DEF2410FE5C00BAFB6D856 | Come from behind |
| 09/17/2013 18:26:59 | 3CCB3C201AC3B4D31E1E8351B1AAE8E3343A0A45 | Party Boat |
| 09/12/2013 15:41:44 | D147E7C5DC14E22DD4642EB700B6262B531923FF | Come Inside From the Cold |
| 09/11/2013 14:46:16 | 82296A2E712E2BFDE3A7FF70EC402ADAEA6F211C | A Perfect Match |
| 09/09/2013 19:02:48 | 680F6B0426519882FFDC454B1D0BB9CC47499821 | Erotic Stretching and Sex |
| 09/03/2013 21:29:04 | C388586784C4B7F79DCAB0ABC9C6DD694289E305 | Malibu Moments |
| 08/26/2013 13:29:33 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 08/26/2013 13:16:29 | DB8DC83A365F22DEFEBDA8FAFF48F3436CEE2B72 | We Love Ourselves |
| 08/23/2013 14:29:45 | 84E50974FDDE4017B5823D46A53AA58370F4C845 | Spontaneous |

EXHIBIT A

ENY65

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2013 18:37:01 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 08/19/2013 15:11:01 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 08/16/2013 15:53:39 | 01E260D117B5C3803E0F9C150AE2F1473A9AA414 | Malibu Moments Part #2 |
| 08/14/2013 21:52:59 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 08/08/2013 17:53:28 | 5529B88C2C100356DC99BEDDDF84CFD93A459812 | This Really Happened |
| 08/08/2013 17:44:03 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |
| 07/29/2013 20:43:44 | 38807327F4A38D5C5EB50A416FB8F5909762379B | Up Close and Personal |
| 07/28/2013 05:01:40 | BBAC80DDA216B896FD1FC20C965473680905066F | Without Words |
| 07/16/2013 19:38:27 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 07/16/2013 19:21:12 | 53EAC1A555D48687120AC92F6B949F846B78D39F | Stay for a While |
| 07/16/2013 19:20:32 | 07D2B5F0A3C56E400A6D71B8ABAE2AE7E7D4DED9 | Still With Me |
| 07/16/2013 19:09:34 | 6D61BA9F68C9A3961BAA3AFD7AF1B5C084F1B048 | Wonder Waltz |
| 07/16/2013 19:07:42 | 308620F5875B31DE0EF00FEAC275E9677D3D7D9A | Hot Chocolate |
| 07/16/2013 19:02:52 | BFFA463E61447F200B096D9E7120FDDB1F858CC0 | Going Strong |
| 07/01/2013 14:57:44 | C16CEAC38E0C09CC468B3FBA9ADAAA34B76D6FE4 | Oh Mia |
| 06/18/2013 18:02:00 | CD4DA2C56C0E981709CE713B82737E015698CF58 | Play Me |
| 06/07/2013 13:56:30 | 0BA70C8B952A40B372C55F8FB7BE86D9CBAE128C | Only Lorena |
| 06/04/2013 14:55:19 | B1C3606A657A831F78168DC7E66E6E94F43704F6 | Good Morning Baby |
| 04/25/2013 17:18:41 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 04/22/2013 14:41:37 | D40E3490DE07096BF88E98A10B5D4E0D1672F975 | Fashion Models |
| 04/18/2013 15:09:42 | 8D0BE09C9C7DAA1C054DD93E85AB41965BA7FCF1 | Rose Petals |
| 04/15/2013 19:27:49 | 52BE6E72821F484206CE299A71546B4DC23C0D28 | Bottoms Up |
| 04/12/2013 21:33:11 | 8703E222540294A3D0580285C1CD3750F76A60DC | Pretty Babies |

**Total Statutory Claims Against Defendant: 170**

EXHIBIT A

ENY65

**Copyrights-In-Suit for IP Address 96.56.9.115**

**ISP:** Optimum Online High Speed Internet Service
**Location:** Deer Park, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Do Not Keep Me Waiting Part #1 | PA0001941283 | 04/14/2015 | 04/27/2015 | 04/20/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 03/25/2015 |
| Introducing Maya | PA0001928429 | 01/05/2015 | 01/19/2015 | 01/07/2015 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 12/29/2014 |
| Pure Aubrey | PA0001926084 | 12/22/2014 | 12/29/2014 | 12/29/2014 |
| Under My Blanket | PA0001925298 | 12/08/2014 | 12/10/2014 | 12/29/2014 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 12/29/2014 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 12/29/2014 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 12/08/2014 |
| Too Hot To Handle | PA0001925345 | 12/02/2014 | 12/10/2014 | 12/08/2014 |
| Forever You Part #1 | PA0001923965 | 11/23/2014 | 12/08/2014 | 12/08/2014 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 12/08/2014 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/08/2014 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 12/08/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/25/2014 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 11/17/2014 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 11/17/2014 |
| Luminated Emotions | PA0001922275 | 11/11/2014 | 11/14/2014 | 11/12/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 11/12/2014 |
| Sapphically Sexy | PA0001921542 | 11/05/2014 | 11/09/2014 | 11/12/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 11/03/2014 |

EXHIBIT B

ENY65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/03/2014 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 11/03/2014 |
| A Cloudy Hot Day | PA0001918790 | 10/19/2014 | 10/22/2014 | 10/20/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/20/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/15/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/13/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/06/2014 |
| Fucking Goddesses | PA0001916051 | 09/30/2014 | 10/06/2014 | 10/01/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 09/29/2014 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 09/29/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/24/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/24/2014 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 09/17/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/17/2014 |
| Bedtime Hijinks | PA0001912776 | 09/01/2014 | 09/17/2014 | 09/17/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/17/2014 |
| Shes Not Alone | PA0001914535 | 09/09/2014 | 09/16/2014 | 09/10/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/10/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/03/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/03/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 08/28/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 08/28/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/28/2014 |
| In the blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/28/2014 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 08/28/2014 |

EXHIBIT B

ENY65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/28/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/14/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 08/14/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/14/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 08/14/2014 |
| Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 08/14/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 08/14/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/14/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/14/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 08/14/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 08/14/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/13/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/13/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/23/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/23/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/23/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/23/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 06/26/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/26/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 06/25/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/25/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/25/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/25/2014 |
| Just Jennifer | PA0001903842 | 06/09/2014 | 06/12/2014 | 06/25/2014 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 06/25/2014 |

EXHIBIT B

ENY65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/25/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/02/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/02/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/02/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 06/02/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/02/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 05/24/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 05/22/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/22/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/10/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/10/2014 |
| In My Living Room | PA0001895088 | 05/01/2014 | 05/12/2014 | 05/10/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/25/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/25/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/25/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/06/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/06/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/06/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/27/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 03/27/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/27/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/27/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/27/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 02/11/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 02/11/2014 |

ENY65

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| It Has Always Been You | PA0001878424 | 02/06/2014 | 02/13/2014 | 02/11/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/11/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 02/11/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 02/11/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/10/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 02/10/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 01/17/2014 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 01/17/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/17/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 01/17/2014 |
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/17/2014 |
| A Gift from Colette | PA0001872969 | 12/07/2013 | 12/11/2013 | 01/17/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/17/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/17/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/17/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 01/17/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/17/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 01/17/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/17/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/17/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/17/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/17/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/17/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 11/26/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/21/2013 |

EXHIBIT B

ENY65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|-------|--------------------|--------------------------|-------------------|---------------------|
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/21/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/21/2013 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 11/21/2013 |
| Blindfold Me and Tie Me Up | PA0001867888 | 11/01/2013 | 11/03/2013 | 11/21/2013 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/31/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/31/2013 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 10/31/2013 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 10/22/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/21/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/21/2013 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 10/15/2013 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 10/10/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/10/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/10/2013 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 10/09/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 09/30/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/25/2013 |
| Come from behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 09/24/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 09/17/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 09/12/2013 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 09/11/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/09/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/03/2013 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 08/26/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/26/2013 |

EXHIBIT B

ENY65

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/23/2013 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 08/21/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 08/19/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/16/2013 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 08/14/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/08/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/08/2013 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 07/29/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/28/2013 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 07/16/2013 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 07/16/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 07/16/2013 |
| Wonder Waltz | PA0001859655 | 07/15/2013 | 08/02/2013 | 07/16/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 07/16/2013 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/16/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/01/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/18/2013 |
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 06/07/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/04/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/25/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/22/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/18/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/15/2013 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  170**

EXHIBIT B

ENY65