**AFFIDAVIT OF SERVICE**

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Date Filed: _____
Court Date: _____
Assigned Justice: _____

ATTORNEY(S): _____  PH: _____
ADDRESS: _____  File No.: 136261

**MALIBU MEDIA, LLC**

Plaintiff(s)/Petitioner(s)

VS.

▮

Defendant(s)/Respondent(s)

STATE OF New York, COUNTY OF SUFFOLK  SS.:

MICHAEL LUBIN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, January 18, 2017** at **2:20 PM** at ▮ deponent served the within **SUMMONS IN A CIVIL ACTION, AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT**

on: ▮ **Defendant** therein named.

**#1 SUITABLE AGE PERSON** [X] By delivering a true copy of each to ▮ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

**#3 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex: ▮  Color of skin: ▮  Color of hair: ▮  Age: ▮  Height: ▮  Weight: ▮  Other Features: ▮

**#4 WIT. FEES** $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MILITARYSRVC** [X] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or N.Y. State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#6 OTHER** [ ]

Sworn to before me on 01/19/2017

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2018

MICHAEL LUBIN
Server's Lic # 1349479

**#7 MAIL COPY** [X] SUSAN CORTINA, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On, 1/19/2017 service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Certified Mail #:

Sworn to before me on 01/19/2017

JENNIFER SIMMONS
Notary Public, State of New York
No. 01SI6332918, Qualified in Suffolk County
Term Expires November 09, 2019

SUSAN CORTINA
InvoiceWorkOrder 2129427